USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

TYRONE FULTON,                              :

                Plaintiff,          :       10 Civ. 425 (RJS)(HBP)

   -against-                               :       MEMORANDUM OPINION
                                                     AND ORDER

THE CITY OF NEW YORK, et al.,               :

                Defendants.        :

-------------------------------------X

        PITMAN, United States Magistrate Judge:

        The complaint in this matter was filed in the District Court Clerk's Office on January 19, 2010.  Despite the fact that Rule 4(m), Fed. R. Civ. P., requires that the summons and complaint be served on the defendants no later than 120 days after the commencement of an action, according to the Court's records, the defendants have not yet been served.  Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is hereby

        ORDERED that plaintiff has until April 15, 2011 either to complete service of the summons and complaint on defendants or to show good cause why such service has not been made.  Failure to complete service or to show cause on or before April 15, 2011

**will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

Dated:  New York, New York
        March 2, 2011

                                          SO ORDERED

                                          HENRY PITMAN
                                          United States Magistrate Judge

Copies mailed to:

Mr. Tyrone Fulton
2015 Madison Avenue
New York, New York  10035

2