USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TYRONE FULTON,                          :

          Plaintiff,               :   10 Civ. 425 (RJS)(HBP)

  -against-                             :   REPORT AND
                                           RECOMMENDATION

NEW YORK CITY, et al.,                  :

          Defendants.              :

----------------------------------------X

        PITMAN, United States Magistrate Judge:

        TO THE HONORABLE RICHARD J. SULLIVAN, United States District Judge,

        The pro se plaintiff commenced this action on January 19, 2010 by filing a summons and complaint. My review of the file in March, 2011 disclosed that no proof of service of the summons and complaint had ever been filed and it appeared that the summons and complaint had not, in fact, been served. Accordingly, I issued an Order to plaintiff on March 2, 2011 directing that plaintiff show cause on or before April 15, 2011 why the action should not be dismissed for failure to serve the summons and complaint within the 120-day time limit established by Rule 4(m), Fed. R. Civ. P. Specifically, my March 2, 2011 Order provided:

> Despite the fact that Rule 4(m), Fed. R. Civ.
> P., requires that the summons and complaint be
> served on all defendants no later than 120
> days after the commencement of the action,
> according to the Court's records, the defen-

> dants have not yet been served. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is hereby
>
> ORDERED that plaintiff has until April 15, 2011 either to complete service of the summons and complaint on the defendants or to show good cause why such service has not been made. Failure to complete service or to show cause on or before April 15, 2011, **will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

(Emphasis in original.)

A copy of my March 2 Order was mailed to plaintiff's most recent address which was received by the pro se office on December 8, 2010 by way of a change of address form. My March 2 Order has not been returned as undeliverable.

To date, plaintiff has not filed proof of service, has not explained why service has not been completed and has not contacted my chambers or the Court in any way. Accordingly, I respectfully recommend sua sponte that this action be dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Rule 4(m), Fed. R. Civ. P.

OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6(a) and 6(e).

Such objections (and responses thereto) shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Richard J. Sullivan, United States District Judge, Room 640, 500 Pearl Street, New York, New York 10007 and to the chambers of the undersigned, Room 640, 500 Pearl Street, New York, New York 10007.  Any requests for an extension of time for filing objections must be directed to Judge Sullivan.  FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS **WILL** RESULT IN A WAIVER OF OBJECTIONS AND **WILL** PRECLUDE APPELLATE REVIEW.  Thomas v. Arn, 474 U.S. 140 (1985); United States v. Male Juvenile, 121 F.3d 34, 38 (2d Cir. 1997); I.U.E. AFL-CIO Pension Fund v. Hermann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 & n.2 (2d Cir. 1983).

Dated:   New York, New York
         July 14, 2011

Respectfully submitted,

HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Mr. Tyrone Fulton
2015 Madison Avenue
New York, New York 10035